```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHYLLIS P. MEADERS,
        Plaintiff,

-against-

ANTOINE HELWASER, HELWASER
GALLERY, and HELWASER FINE ART, INC.,
        Defendants,

-and-

ANTOINE HELWASER, HELWASER
GALLERY, and HELWASER FINE ART, INC.,
        Third-Party Plaintiffs,

-against-

PAUL L. MEADERS III,
        Third-Party Defendant.
-----------------------------------------------------------X

18 CIVIL 5039 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 29, 2020, Defendants' motion for summary judgment is GRANTED. In light of the disposition, Helwaser's third-party complaint against Paul is dismissed as moot and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York
        January 30, 2020

                                            **RUBY J. KRAJICK**
                                              Clerk of Court
                BY:
                                                Deputy Clerk